UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| RACHAL S. SANDERS,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>NEVADA DEPARTMENT OF CORRECTIONS, et al.,<br><br>　　　　　Defendant. | Case No. 2:13-cv-00849-MMD-VCF<br><br>ORDER |

　　　　This action is a *pro se* civil rights complaint submitted pursuant to 42 U.S.C. § 1983 by an inmate.  Neither a filing fee nor an application to proceed *in forma pauperis* was submitted with the complaint.  Plaintiff must either submit the filing fee or submit an application to proceed *in forma pauperis* when initiating an action in this Court.  As such, this action is dismissed without prejudice, as specified below.

　　　　IT IS THEREFORE ORDERED that this action is DISMISSED WITHOUT PREJUDICE to the filing of a new complaint in a new action, with a proper *in forma pauperis* application in compliance with 28 U.S.C. § 1915(a).

　　　　IT FURTHER IS ORDERED that the Clerk of the Court shall send plaintiff two (2) copies of an *in forma pauperis* application form for a prisoner, one (1) copy of the instructions for same, two copies of a blank 42 U.S.C. § 1983 prisoner civil rights form, and one copy of instructions for the same.  The Clerk of Court shall send plaintiff a copy of the complaint submitted in this action.

1    IT IS FURTHER ORDERED that plaintiff may file a new complaint and *in forma pauperis* application in a new action, but he may not file further documents in this action.

    IT IS FURTHER ORDERED that the Clerk of the Court shall enter judgment accordingly.

    IT IS FURTHER ORDERED that this Court CERTIFIES that any *in forma pauperis* appeal from this order would not be taken in good faith pursuant to 28 U.S.C. § 1915(a)(3).

    DATED THIS 17th day of June 2013.

                                              _____
                                              MIRANDA M. DU
                                              UNITED STATES DISTRICT JUDGE